AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nosayamen Iyalekhue and Esogie Osawaru | ) ) ) ) ) ) | Case No. 20-mj-2137-JCB |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October to December 2018** in the county of **Norfolk** in the **Eastern** District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Michael Livingood*
Complainant's signature

Michael Livingood, FBI, Special Agent
Printed name and title

Sworn telephonically in accordance with Fed. R. Crim. P. 4.1

Date: 3:28 PM, Jun 11, 2020

Judge's signature

City and state: Boston, MA

Hon. Jennifer C. Boal
Printed name and title